**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-6657**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

CLAUDE ERIC OLIVER,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Western Dis-
trict of North Carolina, at Asheville. Lacy H. Thornburg, District
Judge. (CR-94-103, CA-97-80-1)

---

Submitted: October 7, 1997        Decided: October 24, 1997

---

Before NIEMEYER and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Dismissed by unpublished per curiam opinion.

---

Howard Jay Manchel, Atlanta, Georgia, for Appellant. Deborah Ann
Ausburn, Assistant United States Attorney, Asheville, North Caro-
lina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1997). We have reviewed the record and the district court's opinion and find no reversible error. Appellant has failed to show that, but for counsel's alleged error, he would not have pleaded guilty. See Hill v. Lockhart, 474 U.S. 52, 59 (1985). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED